Airrion BLAKE–BEY, et al.,
Plaintiffs–Appellants,

v.

COOK COUNTY, ILLINOIS,
Defendant–Appellee.

No. 11–1585.

United States Court of Appeals,
Seventh Circuit.

Submitted Nov. 22, 2011.*

Decided Nov. 23, 2011.

Airrion Blake–Bey, South Holland, IL, pro se.

Anita Blake–Bey, South Holland, IL, pro se.

Lovie Hunter–El, Chicago, IL, pro se.

Anita Alvarez, Chicago, IL, for Defendant–Appellee.

Before RICHARD A. POSNER, Circuit Judge, ILANA DIAMOND ROVNER, Circuit Judge, DAVID F. HAMILTON, Circuit Judge.

## ORDER

Airrion Blake–Bey, Airrion Blake–Bey II, Anita Blake–Bey, and Lovie Hunter–El are adherents of the Moorish Science Temple of America and were born in Cook County, Illinois. In this pro se lawsuit,

---

* After examining the briefs and record, we have concluded that oral argument is unnecessary. Thus, the appeal is submitted on the briefs and record. *See* Fed. R.App. P. 34(a)(2)(c).

they claim that the county has enslaved them by creating birth certificates which falsely imply they are Americans rather than citizens of a Moroccan Empire that spans the Western Hemisphere, Africa, and the mythical Atlantis. The plaintiffs demand varied relief, including $5 billion. The district court dismissed their complaint, and rightly so because the suit is too frivolous to have invoked the court's subject-matter jurisdiction. *See Hagans v. Lavine*, 415 U.S. 528, 536, 94 S.Ct. 1372, 39 L.Ed.2d 577 (1974); *In re African–American Slave Descendants Lit.*, 471 F.3d 754, 757 (7th Cir.2006); *Crowley Cutlery Co. v. United States*, 849 F.2d 273, 276 (7th Cir.1988).

**AFFIRMED.**